## AFFIDAVIT OF CARLEEN I. LANE

I, Carleen I. Lane, being duly sworn, hereby state under oath that the statements of fact in the Complaint being filed by the attorney for my husband and me against Ocwen Loan Servicing, LLC, and Wells Fargo Bank, N.A., are true and correct.

_____
Carleen L. Lane

Commonwealth of Virginia
County/City of __Greene__

Sworn to before me, a Notary Public in and for the Commonwealth of Virginia, in the County/City named above, on this __8th__ day of February, 2017, by Carlene I. Lane.

_____
Eleanor Graves
Notary Public

My Commission Expires: __3-31-18__
Notary #: __318071__

Commissioned as Eleanor Saunders by the State of Virginia

[Notary Seal: ELEANOR SAUNDERS, NOTARY PUBLIC, REG # 318071, MY COMMISSION EXPIRES 3/31/2018, COMMONWEALTH OF VIRGINIA]