UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

THOMAS A. LANE, JR.,

and

CARLEEN I. LANE,

    Plaintiffs

                                        Case No.

v.

OCWEN LOAN SERVICING, LLC,

and

WELLS FARGO BANK, N.A.,

    Defendants.

## TEMPORARY RESTRAINING ORDER

The Plaintiffs, Thomas A. Lane, Jr. and Carleen I. Lane, by counsel, have filed a Motion asking for a Temporary Restraining Order in this matter. Based on the pleadings filed by the Plaintiffs and deeming it appropriate to do so, it is hereby

O R D E R E D

that the Defendants shall not proceed with their planned foreclosure sale of the Plaintiffs' property located on Rio Road in Albemarle County, Virginia until further Order of this Court.

Entered:_____

                                                _____
                                                Judge

I ask for this:

s/ Edward M. Wayland
Edward M. Wayland, Esq.
VSB #17380
913 E. Jefferson Street
Charlottesville, VA  22902
(434) 984-0300
(434) 608-0506 (fax)
edwayland@yahoo.com

Counsel for Plaintiffs
Thomas A. Lane, Jr. and Carleen I. Lane